NO. 07-03-0442-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



JANUARY 5, 2004



______________________________




ZURICH AMERICAN INSURANCE COMPANY, APPELLANT



V.



ARTHUR HILL, APPELLEE




_________________________________



FROM THE 128TH DISTRICT COURT OF ORANGE COUNTY;



NO. A010136-C; HONORABLE PAT CLARK, JUDGE



_______________________________



Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION


 On December 17, 2003, appellant, Zurich American Insurance Company, filed a
Motion to Dismiss Appeal pursuant to Tex. R. App. P. 42.1(a) (1) based on an agreement
resolving the underlying dispute. The motion includes a certificate of service that counsel
for appellee was served a copy of the motion by first class mail on December 3, 2003. No
response to the motion has been received. 

 Accordingly, without passing on the merits of the case, appellant's Motion to
Dismiss is granted and the appeal is hereby dismissed. Rule 42.1(a). 

 All costs are assessed to appellant. Having dismissed the appeal at appellant's
request, no motion for rehearing will be entertained, and our mandate will issue forthwith. 


 Phil Johnson

 Chief Justice


 

1. A rule of appellate procedure will hereafter be referred to as "Rule ____."


P="BR2">
Do not publish.